UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 97-6908**

—————

WILLIAM L. PATCH; LANDON MORRIS FUNDERBURK,
JR.; DAVID PARKER; MICHAEL AARON LITTLE; GARY
ELLIOTT HOKE; TIMOTHY JAY BLACKWELL; JEFFREY
D. PEACE,

Plaintiffs - Appellants,

versus

JANET RENO; J. M. VANYUR, Warden,

Defendants - Appellees.

—————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, District Judge. (CA-96-958-5-BO)

—————

Submitted: August 14, 1997       Decided: August 25, 1997

—————

Before NIEMEYER, Circuit Judge, and BUTZNER and PHILLIPS, Senior Circuit Judges.

—————

Affirmed by unpublished per curiam opinion.

—————

William L. Patch, Landon Morris Funderburk, Jr., David Parker, Michael Aaron Little, Gary Elliott Hoke, Timothy Jay Blackwell, Jeffrey D. Peace, Appellants Pro Se. Eileen Coffey Moore, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Patch v. Reno</u>, No. CA-96-958-5-BO (E.D.N.C. May 27, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2